AB:EMR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against –

FRANCISCIO PARRA, and
SANDRA CARDENAS-PARRA

Defendant.

- - - - - - - - - - - -X

AFFIDAVIT AND COMPLAINT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

No. 18-M-900

(21 U.S.C. §§ 841(a) and
(b)(1)(a)(viii) and 18 U.S.C. § 2)

EASTERN DISTRICT OF NEW YORK, SS:

KEITH SKALA, being duly sworn, deposes and states that he is a Task Force Officer with the Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

On or about January 20, 2018, within the Eastern District of New York, the defendants FRANCISCO PARRA and SANDRA CARDENAS-PARRA did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

(Title 21, United States Code, Sections 841(a) and (b)(1)(a)(viiii), and Title 18, United States Code, Section 2)

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.  In or about January 2018, a confidential source, who has previously provided reliable information to law enforcement ("CS-1"), obtained information regarding a conspiracy to import methamphetamine into New York, and learned that an individual would be transporting methamphetamine into New York by car.

2.  Based on that information and subsequent information that was corroborated during the investigation, DEA agents learned that FRANCISCO PARRA was facilitating the transportation of the methamphetamine into New York from outside the state. On or about January 20, 2018, DEA Agents conducted surveillance of FRANCISCO PARRA and observed him driving a 2000 Jeep Grand Cherokee bearing AZ Plate BPS7812 (the "Jeep") in Queens, New York. The agents observed that the Jeep was being closely followed by a 2017 Mitsubishi Mirage bearing New Jersey Plate L46HVX (the "Mitsubishi"), which was being driven by SANDRA CARDENAS-PARRA.

3.  As the agents followed the Jeep and the Mitsubishi, they observed the two vehicles engaged in the following behavior: (i) the vehicles followed each other in tandem, changing lanes quickly and frequently, in an apparent effort to determine whether or not they were being followed; (ii) the vehicles pulled into a Burger King, located at 33rd and Hoyt Avenue, Astoria, Queens, whereby both FRANCISCO PARRA and SANDRA CARDENAS-PARRA got out, entered the Burger King and sat in a booth, having ordered nothing; (iii) after a while both individuals got into the Mitsubishi and drove around, circling the nearby blocks, and eventually returned to the Burger King; and (iv) at the Burger King, FRANCISCO PARRA got back into the Jeep, and the two vehicles drove away in tandem

together, following each other onto the Grand Central Parkway and then the Northern State Parkway.

4. Once the Jeep got on the Northern State Parkway, New York State Police Troopers began following the Jeep, and observed that the Jeep was operating with a discolored break light. The troopers conducted a DMV check of the Jeep's license plate and observed that the Jeep's insurance had lapsed.

5. The troopers further observed that the Mitsubishi, which was still driving closely behind the Jeep, was driving erratically. Specifically, the troopers observed the Mitsubishi cross over the dotted white line dividing the lanes and into the right lane, almost striking another vehicle.

6. The troopers observed the Jeep exit the Northern State Parkway at exit 25, and shortly thereafter they conducted a traffic stop of the Jeep. FRANCISCO PARRA was the sole occupant of the vehicle. The troopers began preparing a traffic ticket for FRANCISCO PARRA for driving with an unlawful tail lamp and operating a vehicle without insurance, in violation of the New York State Vehicle and Traffic Laws. Within minutes of the Jeep being pulled over, a State Trooper vehicle with a narcotics-detection dog arrived at the scene of the stop.

7. During the traffic stop, FRANCISCO PARRA stated in substance to the troopers that he was going "to Long Island," specifically, "five miles ahead." When asked why he had exited the highway when he still had five miles to go, FRANCISCO PARRA stated in substance "this is the way I was going." FRANCISCO PARRA further stated in substance that he was going to see a friend named Jose.

8. The narcotics-detection dog performed an exterior sniff of the Jeep, and alerted to the rear wheel well and quarter panel on the driver's side, as well as on the bumper on the rear driver's side. Upon entering the Jeep, the narcotics-detection dog further alerted to the trunk of rear quarter panel multiple times as well as the carpeting between the back seats.

9. The officers placed FRANCISCO PARRA in custody and impounded the Jeep.

10. Shortly after the traffic stop of the Jeep, state troopers conducted a traffic stop of the Mitsubishi at exit 26 of the Northern State Parkway based on their observations of the vehicle driving erratically. SANDRA CARDENAS-PARRA was the sole occupant of the vehicle. In response to questioning from the officer, CARDENAS PARRA stated in substance that she was going to a friend's house, but she didn't know his name, that "they" only refer to him as Gordo, and that "they" were coming from dinner. When the officer asked why CARDENAS-PARRA kept saying 'they' when she was alone in the vehicle, she stated in substance that she was referring to her husband, whom she had been following in his Jeep. She further stated in substance that the Jeep had been pulled over one exit earlier.

11. The officers placed CARDENAS-PARRA in custody. Following her arrest, officers gave CARDENAS-PARRA her <u>Miranda</u> warnings, which she waived. An officer asked CARDENAS-PENA in substance, "Do you know what kind of drugs are in the car?" and she responded, in substance, "Crystal Meth?"

Case 1:18-cr-00686-WFK   Document 1   Filed 09/24/18   Page 5 of 6 PageID #: 5

5

12. On or about January 21, 2018, the Honorable Terence P. Murphy, Acting Supreme Court Justice, Nassau County Court, signed a warrant authorizing the search of the Jeep. Pursuant to that warrant, officers searched the Jeep and recovered the following: (i) three bundles of methamphetamine wrapped in black electrical tape and one blue paper towel wrapped in black electrical tape with a total aggregate weight of 1,706 grams from the passenger front door panel; (ii) three bundles of methamphetamine wrapped in black electrical tape and one blue paper towel wrapped in black electrical tape with a total aggregate weight of 1,656.3 grams from the driver's front door panel; (iii) seven bundles of methamphetamine wrapped in black electrical tape with a total aggregate weight of 3,922.6 grams from the driver's side quarter panel; and seven bundles of methamphetamine wrapped in black electrical tape with a total aggregate weight of 3,946.4 grams from the passenger quarter panel. One of the above-described bundles was tested by the New York State Police Mid-Hudson Satellite Crime Laboratory, the results of which were positive for methamphetamine.

13. The total gross weight of the above-described bundles was 11,211.5 grams of methamphetamine.

6

WHEREFORE, your deponent respectfully requests that the defendant FRANCISCO PARRA and SANDRA CARDENAS-PARRA be dealt with according to law.

_____
KEITH SKALA
Task Force Officer
Drug Enforcement Administration

Sworn to before me this
24th day of September, 2018

_____
THE HONORABLE STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK